#4624300 7258

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 21 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Nicholas J Stone )
)
)
)
)
) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. ) NO. 23-50056
)
RAYNOR GARAGE DOORS )
)
)
)
)
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Nicholas J Stone of the county of LEE in the state of IL.

3. The defendant is RAYNOR GARAGE DOORS, whose street address is 1101 E RIVER RD,

(city) DIXON (county) Lee (state) IL (ZIP) 61021

(Defendant's telephone number) (815) – 288-1431

4. The plaintiff sought employment or was employed by the defendant at (street address)

1101 E RIVER RD (city) DIXON

(county) Lee (state) IL (ZIP code) 61021

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) September____, (day) 1st____, (year) 2021____.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about

   (month) May____ (day) 10th____ (year) 2022____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) November_____ (day) 22nd_____ (year) 2022_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): See 1 in Addendum

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Supervisors differently, let another female Supervisor berate, curse shout and scream at me without any discipline applied

all whilst the Manager was present, Manager witnessed heard other employees tell me to speak English just laughed did

nothing to correct the behavior, reported to VP of HR that i was being targeted by my Manager who had brought my

culture into a conversation also, nothing was done not given appropriate paperwork to fill out so they could investigate my

claim just brushed off again, when terminated told there had been an investigation done yet i was never informed or given

a chance to defend myself as this was just straight up retaliation for not attending a meeting when i had taken PTO

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES  ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a) ☐ Direct the defendant to hire the plaintiff.

  (b) ☐ Direct the defendant to re-employ the plaintiff.

  (c) ☐ Direct the defendant to promote the plaintiff.

  (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

  (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

  (f) ☐ Direct the defendant to (specify): _____

(g) [X]    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X]    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

(Plaintiff's name)

Nicholas J Stone

(Plaintiff's street address)

619 N HENNEPIN AVE

(City) DIXON          (State) IL          (ZIP) 61021

(Plaintiff's telephone number)  ( 815 ) – 973-1912

Date: February 18, 2023



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website:

## **DISMISSAL AND NOTICE OF RIGHTS**
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/22/2022

**To:** Nik Stone
619 N Hennepin Ave
Dixon, IL 61021
Charge No: 440-2022-05650

EEOC Representative and email:   Janel Smith
Investigator
janel.smith@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-05650.

On behalf of the Commission,

Digitally Signed By:Julianne Bowman
11/22/2022

Julianne Bowman
District Director

Cc:
Mary Whelan
1101 E. River Road
Dixon, IL 61021

Kristofor L Hanson
Lindner & Marsack, S.C.
411 E WISCONSIN AVE STE 1800
Milwaukee, WI 53202

Megan Williams
Spielbergerlawgroup.com
4890 W Kennedy Blvd
Tampa, FL 33609

Zane Herman
Spielberger Law Group
4890 W Kennedy Blvd Suite 950
Tampa, FL 33609

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to                               .

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:


In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 440-2022-05650 to the District Director at Julianne Bowman, 230 S Dearborn Street

Chicago, IL 60604.

You can also make a FOIA request online at

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to:

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [X] FEPA<br>[X] EEOC | 440-2022-05650 |

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Nik Stone | (815) 973-1912 | 02/08/1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 619 N Hennepin Ave, Dixon, IL 61021 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Raynor Manufacturing Co. | 15+ | (815) 288-1431 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1101 East River Road Dixon, IL 61021 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09/01/2021   Latest: 03/28/2022

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:** Raynor Manufacturing Co. ("Raynor") discriminated against me on the basis of my national origin (English) and sex (male).

Raynor subjected me to incessant discriminatory harassment and disparate treatment as compared to my female and/or American counterparts.

For instance, Ary Leckey (Distribution Manager, female) undermined my authority by permitting my American, female counterpart, Heather Duich (Supervisor), to act as my manager despite the fact that we were in equivalent positions and constantly demanding that I issue discipline against my subordinates (who are all male) despite not micromanaging his counterparts' management decisions. Additionally, Ms. Leckey blatantly subjected me to different standards and baseless reprimand, such as scolding me for using a form that Ms. Leckey permitted Ms. Duich to continue using without issue. Similarly, Ms. Duich would berate me in meetings and use profanity in front of Ms. Leckey, and Ms. Leckey ratified her conduct and refused to take any remedial action.

I escalated my concerns regarding the discriminatory harassment.

**Continued on page 2**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 05 / 10 / 2022       *[signature]*<br>Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Doc ID: 688133a2a8836e7c3e556d10bd2201d253a84e2d

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**Continued from page 1**

However, instead of taking remedial action, Ms. Leckey would further make inappropriate statements such as sarcastically emailing me after meetings, "Sorry for being a bitch." Additionally, she discriminatorily brushed off my complaint during a meeting by stating, "Maybe you do things differently in your culture" and belittling my escalations as a "cultural thing" – further demonstrating her discriminatory and retaliatory animus.

Shortly thereafter, Ms. Leckey placed me on a baseless PIP. This PIP was clearly discriminatory and retaliatory as it was based on false and/or meritless accusations, such as accusing me of not performing tasks that I was performing and reprimanding me for leaving briefly during my break. As I was performing my duties and my American counterparts routinely left during their breaks, there was no basis for any discipline, let alone a PIP. Furthermore, while no discipline was warranted, Raynor's failure to follow progressive discipline is further evidence or Raynor's discriminatory and retaliatory animus. I escalated my concerns of discrimination and retaliation to Mary (Human Resources, American, female); however, she failed to take any remedial action.

I passed the PIP; however, Ms. Leckey continued to subject me to incessant increased scrutiny and harassment out of discriminatory and retaliatory animus. I again escalated my concerns of discrimination and retaliation in or around February 2022 to Mike (Vice President of Operations, American) to no avail. During my escalation, I noted that I was supposed to rotate to multiple locations as part of my training and inquired about when I was scheduled to move to the next location.

Suddenly, Raynor terminated me under the pretext of an investigation; however, Raynor refused to provide any details regarding what the supposed investigation was about. This reason is clearly pretextual. First, there was no basis for any investigation. This is demonstrated by Raynor's refusal to provide any details or basis for this supposed investigation. Further, there was no investigation as Raynor had not discussed any supposed issues with me or conducted any investigative process. Additionally, even if there were an investigation – which there was not – an investigation does not amount to any actual violation or basis for any discipline. The fact that Raynor claimed that a mere investigation was the basis for a termination further demonstrates that there was no legitimate reason for termination. Furthermore, the temporal proximity between my protected escalation and sudden termination further demonstrates Raynor's discriminatory and retaliatory animus.

Furthermore, Raynor attempted to conceal its discriminatory and retaliatory conduct by falsely telling other employees, such as John Willett, that I resigned – which was patently false. Mr. Willett confronted Ms. Leckey on the false statement regarding my termination and noted my strong performance and positive impact on the department as loads were going out on time and load weights were successfully reduces. She confirmed that I was properly performing my duties and confirmed Raynor had in fact terminated me; however, she again failed to articulate a legitimate reason for my termination. Clearly, Raynor terminated me out of discriminatory and retaliatory animus for my sex and national origin.

Continued on page 3

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 05 / 10 / 2022 _____ *[signature]* _____<br>Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Doc ID: 688133a2a8836e7c3e556d10bd2201d253a84e2d

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

**Continued from page 2**

Additionally, I am not the only male employee that Raynor discriminated against. For instance, Ms. Leckey subjected Mike Smith (Supervisor, American, male) to similar discriminatory harassment. Eventually, Mr. Smith was forced to leave the department to escape Ms. Leckey's discriminatory conduct; however, Raynor continues to refuse to take any remedial action regarding Ms. Leckey's pattern of discrimination.

**Statement of Discrimination:** I believe I have been discriminated against because of my national origin and sex in violation of Title VII of the Civil Rights Act of 1964 and the Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 05 / 10 / 2022<br>Date          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Doc ID: 688133a2a8836e7c3e556d10bd2201d253a84e2d

# HELLOSIGN

Audit Trail

| | |
|---|---|
| **TITLE** | Updated Charge Form |
| **FILE NAME** | 10093026_Stone, N...1748 - Charge.pdf |
| **DOCUMENT ID** | 688133a2a8836e7c3e556d10bd2201d253a84e2d |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | Signed |

## Document History

**SENT** — 05 / 10 / 2022 — 15:31:38 UTC
Sent for signature to Nik Stone (bignik@live.com) from megan.williams@spielbergerlawgroup.com
IP: 47.206.207.90

**VIEWED** — 05 / 10 / 2022 — 15:32:18 UTC
Viewed by Nik Stone (bignik@live.com)
IP: 166.182.87.50

**SIGNED** — 05 / 10 / 2022 — 15:32:40 UTC
Signed by Nik Stone (bignik@live.com)
IP: 166.182.87.50

**COMPLETED** — 05 / 10 / 2022 — 15:32:40 UTC
The document has been completed.

HELLOSIGN